# Court Copy

Receipt for Payment
## U.S. District Court - Hawaii

*For Internal Use Only*

| | |
|---|---|
| Receipt | **239480** |
| Trans | 145590 |

Received From:   **JOHN B. HATORI**
Case Number:
Reference Number:   CV 03-358HG

|  |  |
|---|---:|
| Check | 25.04 |
| Total | 25.04 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 25.04 |
|  |  | **Total** | **25.04** |
|  |  | Tend | 25.04 |
|  |  | Due | 0.00 |

05/16/2007 12:25:02 PM      Deputy Clerk:   et/DT      _____